**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: TORRIE J. STONER                                   §        Case No. 24-10075- BLS
                                                         §
                                                         §
                                                         §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,951.37 *(without deducting any secured claims)* | Assets Exempt: $25,693.55 |
| Total Distributions to Claimants: $10,864.88 | Claims Discharged Without Payment: $28,920.81 |
| Total Expenses of Administration: $39,465.91 | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $49,669.21 (see **Exhibit 2**), yielded net receipts of $50,330.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,991.68 | $5,991.68 | $5,991.68 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $39,465.91 | $39,465.91 | $39,465.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,559.63 | $3,018.83 | $3,018.83 | $3,018.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $28,920.81 | $880.81 | $1,854.37 | $1,854.37 |
| **TOTAL DISBURSEMENTS** | $30,480.44 | $49,357.23 | $50,330.79 | $50,330.79 |

4) This case was originally filed under chapter 7 on 01/24/2024.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:       06/17/2026

By: /s/ George L. Miller

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI -UM - Attorney: Patrick Wenk | 1142-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TORRIE J. STONER | Payment of Exemption related to personal injury settlement approved by Court Order dated 11/10/2025 [D.I. 36] | 8100-002 | $13,742.18 |
| STONER, TORRIE J. | Surplus Funds to Debtor | 8200-002 | $34,574.46 |
| TORRIE J. STONER | Surplus Funds to Debtor | 8200-002 | $1,352.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$49,669.21** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| OPTUM | Optum n/k/a Katch | 4210-000 | $0.00 | $5,991.68 | $5,991.68 | $5,991.68 |
| | **TOTAL SECURED** | | **$0.00** | **$5,991.68** | **$5,991.68** | **$5,991.68** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $5,766.54 | $5,766.54 | $5,766.54 |
| Trustee, Expenses - George L. Miller | 2200-000 | NA | $201.52 | $201.52 | $201.52 |
| Bank Service Fees - Western Alliance Bank | 2600-000 | NA | $56.52 | $56.52 | $56.52 |
| Attorney for Trustee Fees (Other Firm) - Kimmel, Carter, Roman, Peltz & O'Neill, P.A. | 3210-000 | NA | $33,333.33 | $33,333.33 | $33,333.33 |
| Attorney for Trustee Expenses (Other Firm) - Kimmel, Carter, Roman, Peltz & O'Neill, P.A. | 3220-000 | NA | $108.00 | $108.00 | $108.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$39,465.91** | **$39,465.91** | **$39,465.91** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 5800-000 | $622.63 | $2,975.43 | $2,975.43 | $2,975.43 |
| 3P | State of Delaware | 5800-000 | NA | $43.40 | $43.40 | $43.40 |
| N/F | Internal Revenue Services | 5600-000 | $937.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,559.63** | **$3,018.83** | **$3,018.83** | **$3,018.83** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1PI | Pennsylvania Department of Revenue | 7990-000 | NA | NA | $292.86 | $292.86 |
| 1U | Pennsylvania Department of Revenue | 7100-000 | NA | $228.26 | $228.26 | $228.26 |
| 1UI | Pennsylvania Department of Revenue | 7990-000 | NA | NA | $22.47 | $22.47 |
| 2 | Intercoastal Financial Llc | 7100-000 | NA | $645.75 | $645.75 | $645.75 |
| 2I | Intercoastal Financial Llc | 7990-000 | NA | NA | $63.56 | $63.56 |
| 3PI | State of Delaware | 7990-000 | NA | NA | $4.27 | $4.27 |
| 3U | State of Delaware | 7100-000 | NA | $6.80 | $6.80 | $6.80 |
| 3UI | State of Delaware | 7990-000 | NA | NA | $0.67 | $0.67 |
| OPTUMI | Optum n/k/a Katch | 7990-000 | NA | NA | $589.73 | $589.73 |
| N/F | Advance America | 7100-000 | $1,781.57 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $691.00 | NA | NA | NA |
| N/F | Chime/Stride Bank | 7100-000 | $2,233.00 | NA | NA | NA |
| N/F | Christiana Care Health Services Inc | 7100-000 | $792.00 | NA | NA | NA |
| N/F | Credit Acceptance | 7100-000 | $8,662.00 | NA | NA | NA |
| N/F | Genesis Bc/Celtic Bank | 7100-000 | $807.00 | NA | NA | NA |
| N/F | Harford Commons Assoc LLP | 7100-000 | $3,715.97 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Lighthouse Hill Holding LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Maryland Management | 7100-000 | $593.00 | NA | NA | NA |
| N/F | Minute Loan Center | 7100-000 | $1,308.27 | NA | NA | NA |
| N/F | Navient | 7100-000 | $1,998.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $1,566.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $1,580.00 | NA | NA | NA |
| N/F | Woods Edge Apartments LP | 7100-000 | $2,958.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$28,920.81** | **$880.81** | **$1,854.37** | **$1,854.37** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  24-10075- BLS

**Case Name:**  TORRIE J. STONER

**For Period Ending:**  06/17/2026

**Trustee Name:**  (280160) George L. Miller

**Date Filed (f) or Converted (c):**  01/24/2024 (f)

**§ 341(a) Meeting Date:**  02/29/2024

**Claims Bar Date:**  12/22/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Furniture | 215.00 | 0.00 | | 0.00 | FA |
| 2 | Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Chime Bank Checking Acct # 1526 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | SoFi Checking Account #5217 | 0.89 | 0.00 | | 0.00 | FA |
| 6 | WSFS Bank Acct # 5386 | 10,591.93 | 0.00 | | 0.00 | FA |
| 7 | Chime Bank Savings Acct # 1757 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash App | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Pension Plan<br><br>401(k) or similar plan: New York Blood Center through TIAA ( 403b & Roth IRA) | 693.55 | 0.00 | | 0.00 | FA |
| 10 | PI -UM - Attorney: Patrick Wenk | Unknown | 86,257.82 | | 100,000.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$11,951.37** | **$86,257.82** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  02/28/2026

**Current Projected Date Of Final Report (TFR):**  12/30/2025 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 24-10075- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | TORRIE J. STONER | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***0937 | Account #: | ******0982 Checking |
| For Period Ending: | 06/17/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/14/25 | {10} | Kimmel, Carter, Roman & Peltz, P.A. | Settlement Proceeds from personal injury lawsuit pursuant to Court Order dated 11/10/2025 [D.I. 36] | 1142-000 | 100,000.00 | | 100,000.00 |
| 11/17/25 | 100001 | Kimmel, Carter, Roman, Peltz & O'Neill, P.A. | Payment  First and Final Fee Application and Expenses pursuant to Court Order dated 11/17/2025 [D.I. 38] | | | 33,441.33 | 66,558.67 |
| | | Kimmel, Carter, Roman, Peltz & O'Neill, P.A. | Fees - 1st and Final                   $33,333.33 | 3210-000 | | | |
| | | Kimmel, Carter, Roman, Peltz & O'Neill, P.A. | Expenses - 1st and Final                   $108.00 | 3220-000 | | | |
| 11/17/25 | 100002 | TORRIE J. STONER | Payment of Exemption related to personal injury settlement approved by Court Order dated 11/10/2025 [D.I. 36] | 8100-002 | | 13,742.18 | 52,816.49 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 56.52 | 52,759.97 |
| 04/23/26 | 100003 | TORRIE J. STONER | Surplus Funds to Debtor | 8200-002 | | 1,352.57 | 51,407.40 |
| 04/23/26 | 100004 | Optum n/k/a Katch | Combined dividend payments for Claim #OPTUM, OPTUMI | | | 6,581.41 | 44,825.99 |
| | | Optum n/k/a Katch | Claims Distribution - Tue, 12-30-2025                   $5,991.68 | 4210-000 | | | |
| | | Optum n/k/a Katch | Claims Distribution - Tue, 12-30-2025                   $589.73 | 7990-000 | | | |
| 04/23/26 | 100005 | George L. Miller | Combined trustee compensation & expense dividend payments. | | | 5,968.06 | 38,857.93 |
| | | George L. Miller | Claims Distribution - Tue, 12-30-2025                   $5,766.54 | 2100-000 | | | |
| | | George L. Miller | Claims Distribution - Tue, 12-30-2025                   $201.52 | 2200-000 | | | |
| 04/23/26 | 100006 | Pennsylvania Department of Revenue | Combined dividend payments for Claim #1P, 1PI, 1U, 1UI | | | 3,519.02 | 35,338.91 |
| | | Pennsylvania Department of Revenue | Claims Distribution - Tue, 12-30-2025                   $2,975.43 | 5800-000 | | | |
| | | Pennsylvania Department of Revenue | Claims Distribution - Tue, 12-30-2025                   $292.86 | 7990-000 | | | |
| | | Pennsylvania Department of Revenue | Claims Distribution - Tue, 12-30-2025                   $228.26 | 7100-000 | | | |
| | | Pennsylvania Department of Revenue | Claims Distribution - Tue, 12-30-2025                   $22.47 | 7990-000 | | | |
| 04/23/26 | 100007 | State of Delaware | Combined dividend payments for Claim #3P, 3PI, 3U, 3UI | | | 55.14 | 35,283.77 |

|  | Page Subtotals: | $100,000.00 | $64,716.23 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 2

| Case No.: | 24-10075- BLS | | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|---|
| Case Name: | TORRIE J. STONER | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***0937 | | Account #: | ******0982 Checking |
| For Period Ending: | 06/17/2026 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | State of Delaware | Claims Distribution - Tue, 12-30-2025 $43.40 | 5800-000 | | | |
| | | State of Delaware | Claims Distribution - Tue, 12-30-2025 $4.27 | 7990-000 | | | |
| | | State of Delaware | Claims Distribution - Tue, 12-30-2025 $6.80 | 7100-000 | | | |
| | | State of Delaware | Claims Distribution - Tue, 12-30-2025 $0.67 | 7990-000 | | | |
| 04/23/26 | 100008 | Intercoastal Financial Llc | Combined dividend payments for Claim #2, 2I | | | 709.31 | 34,574.46 |
| | | Intercoastal Financial Llc | Claims Distribution - Tue, 12-30-2025 $645.75 | 7100-000 | | | |
| | | Intercoastal Financial Llc | Claims Distribution - Tue, 12-30-2025 $63.56 | 7990-000 | | | |
| 04/23/26 | 100009 | STONER, TORRIE J. | Surplus Funds to Debtor | 8200-002 | | 34,574.46 | 0.00 |
| | | | COLUMN TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 100,000.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 49,669.21 | |
| | | | NET Receipts / Disbursements | | $100,000.00 | $50,330.79 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:   3

**Case No.:**   24-10075- BLS

**Case Name:**   TORRIE J. STONER

**Taxpayer ID #:**   **-***0937

**For Period Ending:** 06/17/2026

**Trustee Name:**   George L. Miller (280160)

**Bank Name:**   Western Alliance Bank

**Account #:**   ******0982 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $100,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $49,669.21 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $50,330.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0982 Checking | $100,000.00 | $50,330.79 | $0.00 |
| | **$100,000.00** | **$50,330.79** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**