**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>Torrie J. Stoner<br><br>   Debtor. | CASE NO. 24-10075-BLS<br><br>CHAPTER 7 |

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

A.

| | |
|---|---|
| $100,000.00 | TOTAL GROSS RECEIPTS |
| $100,000.00 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B.   FEES AND EXPENSES

| | |
|---|---|
| $5,766.54 | Trustee Compensation |
| $201.52 | Trustee Expenses |
| $56.52 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $33,333.33 | Attorney for Trustee Fees (Other Firm) |
| $108.00 | Attorney for Trustee Expenses (Other Firm) |

C.   DISTRIBUTIONS

| | |
|---|---|
| $5,991.68 | Secured Creditors |
| $3,018.83 | Priority Creditors |
| $37,781.40 | Unsecured Creditors |
| $0.00 | Equity Security Holders |
| $49,669.21 | Payments to Debtors |

TOTAL DISBURSEMENTS (Sum of B & C):                    100,000.00

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$            0.00

D.   CLAIMS ALLOWED

List amount allowed to each class of creditors (whether paid in full or not).  However, if the class receives nothing, enter "0" on the line.

|              |                     |
|-------------:|---------------------|
| $5,991.68    | Secured Creditors   |
| $3,018.83    | Priority Creditors  |
| $1,854.37    | Unsecured Creditors |

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:   June 17, 2026

George L. Miller, Trustee